UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KAREN MEYERS, et al., | ) |
| | ) |
|     **Plaintiffs** | ) Case No. 1:17-cv-00521 |
| | ) |
| | ) **Judge Timothy S. Black** |
| vs. | ) |
| | ) **NOTICE OF APPEAL** |
| CINCINNATI BOARD OF EDUCATION, et al., | ) |
| | ) |
| | ) |
|     **Defendants.** | ) |

    Notice is hereby given that Defendants Cincinnati Board of Education, Mary Ronan, Ruthenia Jackson, and Jeffery McKenzie hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order Granting Plaintiffs' Motion to Amend the Complaint and Granting in Part and Denying in Part Defendants' Motion to Dismiss (Doc. 26) entered in this action on the 24th day of September, 2018, which denied Defendants' statutory immunity from suit.

                                                      Respectfully submitted,

                                                      /s/Aaron M. Herzig
                                                      Aaron M. Herzig (0079371)
                                                      Philip D. Williamson (0097174)
                                                      Taft Stettinius & Hollister LLP
                                                      Cincinnati, Ohio 45202
                                                      Phone: (513) 357-8768
                                                      Fax: (513) 381-0205
                                                      aherzig@taftlaw.com
                                                      pwilliamson@taftlaw.com

                                                      Daniel J. Hoying (0079689)
                                                      Ashley Addo (0091245)
                                                      Cincinnati Public Schools
                                                      Cincinnati, Ohio 45219
                                                      Phone: (513) 363-0114
                                                      Fax: (513) 363-0115

hoyingd@cpsboe.k12.oh.us
addoash@cpsboe.k12.oh.us

R. Gary Winters (0018680)
Ian R. Smith (0068195)
McCaslin Imbus & McCaslin
Cincinnati, Ohio 45202
Phone: (513) 421-4646
Fax: (513) 421-7929
rgwinters@mimlaw.com
irsmith@mimlaw.com

*Attorneys for Defendants Cincinnati Board of Education, Mary Ronan, Ruthenia Jackson, and Jeffrey McKenzie*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically on October 9, 2018 using the Court's CM/ECF system, which will serve notice of this filing on all counsel of record.

/s/Aaron M. Herzig