IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Karen Meyers, as Administratrix of the Estate of Gabriel Taye, et al., | : | |
| Plaintiffs, | : | Case No. 1:17-cv-00521 |
| vs. | : | Judge Timothy Black |
| Cincinnati Board of Education, et al., | : | |
| Defendants. | : | |

**ANSWER ON BEHALF OF DEFENDANT MARGARET MCLAUGHLIN, RN TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND JURY DEMAND**

Margaret McLaughlin, RN, by and through counsel, for her Answer to Plaintiff's First Amended Complaint, states as follows:

FIRST DEFENSE

1. As to the allegations contained in paragraphs 1-5, 7-13, 15-79, 86-88, 90-94, 109, 130-146, 153, 155-159, 161-62, 167-175, 178, 189-196 and 211-212 of Plaintiffs' First Amended Complaint, this Defendant denies for want of knowledge sufficient to form a belief as to the truth thereof and/or such allegations are not directed to this Defendant. To the extent that such allegations in these paragraphs are directed to this Defendant, this Defendant denies those allegations.

2. Admits that Margaret McLaughlin, RN is a school nurse employed by the Board of Health for the City of Cincinnati and had been assigned to Carson Elementary. This Defendant denies the remaining allegations contained in paragraph 14 of Plaintiffs' First Amended Complaint.

LAW OFFICES OF
ARNOLD TODARO & WELCH
SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH 45429
PHONE (937) 296-1600
FAX (937) 296-1644

3. As to the allegations contained in paragraph 148 of Plaintiffs' First Amended Complaint, this Defendant admits that all accidents and medical needs, regardless of cause, are treated appropriately and within reasonable standards of care. Otherwise, this Defendant denies any remaining allegations contained in paragraph 148 of Plaintiffs' First Amended Complaint.

4. Denies the allegations contained in paragraphs 6, 80-85, 89, 95-108, 110-129, 132, 147, 149-152, 154, 160, 163-166, 176-177, 179-188 and 197-210 of Plaintiffs' First Amended Complaint.

5. This Defendant denies each and every other allegation not previously admitted or denied herein.

SECOND DEFENSE

6. Plaintiffs' First Amended Complaint in whole or in part fails to state a claim against this Defendant upon which relief can be granted.

THIRD DEFENSE

7. Plaintiffs' First Amended Complaint fails to state a claim against this Defendant upon which relief can be granted in that it fails to comply with the mandatory pleading requirements contained in Civil Rule 10.

FOURTH DEFENSE

8. Plaintiffs' First Amended Complaint is barred in whole or part by the applicable statutes of limitation.

FIFTH DEFENSE

9. Plaintiffs' injuries and damages, if any, which injuries and damages are specifically denied, were caused by third persons, parties, or entities over which this Defendant had and could have had no control, including but not limited to, those person(s) or entity(ies) from whom Plaintiffs seek recovery in this action *and/or* those person(s) or entity(ies) from whom Plaintiffs do not seek recovery in this action pursuant to Ohio Revised Code §§ 2307.22 and 2307.23.

LAW OFFICES OF
ARNOLD TODARO & WELCH
SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH 45429
PHONE (937) 296-1600
FAX (937) 296-1644

SIXTH DEFENSE

10. Plaintiffs' injuries and damages, if any, which injuries and damages are specifically denied, were caused or contributed to by Plaintiffs' own negligence in an amount greater than the negligence of this Defendant, if any, which negligence is specifically denied.

SEVENTH DEFENSE

11. This Defendant is entitled to a set-off of damages and/or limitation of damages pursuant to statute and/or the Ohio Revised Code.

EIGHTH DEFENSE

12. Plaintiffs have failed to join indispensable parties to this action.

NINTH DEFENSE

13. This Court lacks jurisdiction in the within action.

TENTH DEFENSE

14. This Defendant denies she has breached a duty owed to the Plaintiffs and does not, by asserting affirmative defenses, assume the burden of proof which remains with the Plaintiffs.

ELEVENTH DEFENSE

15. Plaintiffs' claim for punitive damages violates the excessive fines clause of the Eighth Amendment of the Constitution of the United States and Article I, Section 9 of the Constitution of the State of Ohio.

TWELFTH DEFENSE

16. Plaintiffs' claim for punitive damages should be denied because such an award would violate the due process requirements of the Fourteenth Amendment to the Constitution of the United States and Article I, Section 16, of the Constitution of the State of Ohio in that:

a. said damages are intended to punish and deter Defendant and thus this proceeding is essentially criminal in nature;

LAW OFFICES OF
ARNOLD TODARO & WELCH
SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH 45429
PHONE (937) 296-1600
FAX (937) 296-1644

b. Defendant is being compelled to be a witness against herself in a proceeding essentially and effectively criminal in nature, in violation of Defendant's rights to due process;

c. Plaintiffs' burden of proof to establish punitive damages in this proceeding effectively criminal in nature is less than the burden of proof required in other criminal proceedings and thus violates Defendant's right to due process as guaranteed by the United States Constitution and the Constitution of the State of Ohio; and

d. inasmuch as this proceeding is essentially and effectively criminal in nature, Defendant is being denied the requirements of adequate notice of the elements of the offense, in that the recognized procedures and law authorizing punitive damages is sufficiently vague and ambiguous as to be in violation of due process clauses of the United States and Ohio Constitutions.

THIRTEENTH DEFENSE

17. Plaintiffs' claim for punitive damages should be denied for the reason that such award violates the equal protection clause of the Fourteenth Amendment of the Constitution of the United States and Article I, Section 2 of the Constitution of the State of Ohio and that it is likely that the award will be disproportionate against this Defendant who commits similar offenses resulting in similar injury but who differ only in material wealth, which result constitutes arbitrary and invidious discrimination prohibited by said equal protection clauses.

FOURTEENTH DEFENSE

18. This Defendant is entitled to absolute and/or qualified immunity under both federal and state law, including but not limited to Ohio Revised Code, Chapter 2744.

FIFTHTEENTH DEFENSE

19. Plaintiffs' claims for damages, including punitive damages, are barred or limited by Ohio Revised Code § 2744.05.

LAW OFFICES OF
ARNOLD TODARO & WELCH
SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH 45429
PHONE (937) 296-1600
FAX (937) 296-1644

SIXTEENTH DEFENSE

20. Any recovery by the Plaintiffs, which is denied, is subject to the provisions, bifurcation and limitations of Chapter 2315 of the Ohio Revised Code, including R.C. 2315.21.

SEVENTEENTH DEFENSE

21. This Defendant acted reasonably, in good faith, and did not violate established law.

EIGHTEENTH DEFENSE

22. Plaintiffs' claims are barred as a result of Plaintiffs' own criminal conduct.

NINETEENTH DEFENSE

23. At no time material hereto did there exist an unconstitutional policy, practice or custom on the part of this Defendant.

TWENTIETH DEFENSE

24. Plaintiffs' claims may be barred in total or in part under the doctrines of waiver, laches, res judicata or estoppel.

TWENTY-FIRST DEFENSE

25. At no time material hereto did any of this Defendant act with deliberate indifference to any federally protected rights of the Plaintiffs.

TWENTY-SECOND DEFENSE

26. Plaintiffs' claims are barred by an intervening and superseding cause.

TWENTY-THIRD DEFENSE

27. This Defendant acted with lawful privilege.

TWENTY-FOURTH DEFENSE

28. No action by this Defendant or anyone acting on behalf of this Defendant rose to the level of a constitutional deprivation.

LAW OFFICES OF
ARNOLD TODARO & WELCH
SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH 45429
PHONE (937) 296-1600
FAX (937) 296-1644

TWENTY-FIFTH DEFENSE

29. At all times, this Defendant acted reasonably, lawfully and in good faith. If, in fact, this Defendant performed any wrongful acts, which are specifically denied herein, such acts were not performed knowingly, purposely, with malicious purpose, in bad faith, intentionally, recklessly, willfully or wantonly.

**WHEREFORE**, having fully answered Plaintiffs' First Amended Complaint, Defendant Margaret McLaughlin prays that Plaintiffs' First Amended Complaint be dismissed as against her with prejudice and that she be allowed to go hence without delay and with her costs.

Respectfully submitted,

**s/ John B. Welch**
John B. Welch (S.C. #0055337)
Counsel for Defendant Margaret McLaughlin
ARNOLD TODARO & WELCH CO., L.P.A.
580 Lincoln Park Blvd., Suite 222
Dayton, OH 45429
Phone (937) 296-1600
jwelch@arnoldlaw.net

JURY DEMAND

This Defendant demands trial by jury of the within action.

**s/ John B. Welch**
John B. Welch

LAW OFFICES OF
ARNOLD TODARO & WELCH
SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH 45429
PHONE (937) 296-1600
FAX (937) 296-1644

CERTIFICATE OF SERVICE

I hereby certify that on 20th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer L. Branch, Esq.
Alphonse A. Gerhardstein, Esq.
Janaya Trotter Bratton, Esq.
Gerhardstein & Branch Co. LPA
441 Vine Street, Suite 3400
Cincinnati, OH 45202
P: 513-621-9100
F: 513-345-5543
jbranch@gbfirm.com ; agerhardstein@gbfirm.com
jtbratton@gbfirm.com
co-Counsel for Plaintiffs

Carla L. Leader, Esq.
The Law Office of Carla Loon Leader, LLC
420 West Loveland Avenue, Suite 109
Loveland, OH 45140
P: 513-909-4332
F: 513-206-9994
carla@carlaleader.com
co-Counsel for Plaintiffs

Michele L. Young, Esq.
Gregory S. Young, Esq.
Gregory S. Young Co., LPA
600 Vine Street, Suite 402
Cincinnati, OH 45202
P: 513-721-1077
F: 513-721-1919
myoung@younginjurylaw.com ; gyoung@younginjurylaw.com
co-Counsel for Plaintiffs

Aaron M. Herzig, Esq.
Philip D. Williamson, Esq.
Taft Stettinius & Hollister LLP
Cincinnati, OH 45202
P: 513-357-8768
F: 513-381-0205
aherzig@taftlaw.com ; pwilliamson@taftlaw.com
co-Counsel for Defendants Cincinnati Board of Education,
Mary Ronan, Ruthenia Jackson and Jeffrey McKenzie

LAW OFFICES OF
ARNOLD TODARO & WELCH
SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH 45429
PHONE (937) 296-1600
FAX (937) 296-1644

Daniel J. Hoying, Esq.
Ashley Addo, Esq.
Cincinnati Public Schools
Cincinnati, OH 45219
P: 513-363-0114
F: 513-363-0115
hoyingd@cpsboe.k12.oh.us ; addoash@cpsboe.k12.oh.us
co-Counsel for Defendants Cincinnati Board of Education,
Mary Ronan, Ruthenia Jackson and Jeffrey McKenzie

R. Gary Winters, Esq.
Ian R. Smith, Esq.
McCaslin Imbus & McCaslin
Cincinnati, OH 45202
P: 513-421-4646
F: 513-421-7929
rgwinters@mimlaw.com ; irsmith@mimlaw.com
co-Counsel for Defendants Cincinnati Board of Education,
Mary Ronan, Ruthenia Jackson and Jeffrey McKenzie

**s/ John B. Welch**
John B. Welch (S.C. #0055337)
Counsel for Defendant Margaret McLaughlin
ARNOLD TODARO & WELCH CO., L.P.A.
580 Lincoln Park Blvd., Suite 222
Dayton, OH 45429
Phone (937) 296-1600
Fax (937) 296-1644
jwelch@arnoldlaw.net

LAW OFFICES OF
ARNOLD TODARO
& WELCH
SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH 45429
PHONE (937) 296-1600
FAX (937) 296-1644