**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **KAREN MEYERS AS** | : | **Case No.  1:17-cv-521** |
| **ADMINISTRATRIX OF THE ESTATE** | : | |
| **OF GABRIEL TAYE, et al.,** | : | **Judge: Timothy S. Black** |
| | : | |
| **Plaintiffs,** | : | **NOTICE OF COMPLIANCE** |
| **v.** | : | **WITH CALENDAR ORDER** |
| | : | |
| **CINCINNATI BOARD OF** | : | |
| **EDUCATION et al.,** | : | |
| | : | |
| **Defendants.** | : | |

Pursuant to Calendar Order, Doc. 78, Plaintiffs hereby file their expert reports and

designations, namely:

Dr. Beth A.W. Brant, Doctorate of Nursing Practice;

Dr. George J. Shaw, M.D., Board Certified in Emergency Medicine, Ph.D., Physics[1];

Dr. Thomas Sullivan, Ph.D., Clinical Psychology, Board Certified Clinical

Neuropsychologist;

Dr. Lisa Pescara-Kovach, Ph.D., Associate Professor of Educational Psychology[2]; and

Steve Sunderland, Ph.D., Grief educator.

Respectfully submitted,

| | |
|---|---|
| Michele L. Young (0062011) | /s/ Alphonse A. Gerhardstein |
| Gregory S. Young (0033617) | Alphonse A. Gerhardstein (0032053) |
| Christine M. Hammond (0093647) | M. Caroline Hyatt (0093323) |
| Christopher D. Byers (0079369) | Attorneys for Plaintiff Estate of Gabriel |
| Attorneys for Plaintiff Estate of Gabriel Taye and | Taye and Cornelia Reynolds |
| Benyam Taye | Friedman, Gilbert + Gerhardstein, Co. LPA |
| Gregory S. Young Co., LPA | al@FGGfirm.com |
| 600 Vine Street, Suite 402 | caroline@FGGfirm.com |

---

[1] Expert report of Dr. Shaw includes screenshots from confidential, unredacted video, so the report has been partially redacted for filing.

[2] Attachment 4 of expert report of Dr. Pescara-Kovach includes extensive confidential information from students records, so that attachment has been excluded from filing but has been served on counsel.

Cincinnati, OH 45202
Telephone: (513) 721-1077
Fax: (513) 721-1919
myoung@younginjurylaw.com
chammond@younginjurylaw.com
cbyers@youginjurylaw.com

Carla L. Leader (0081597)
Attorney for Plaintiff Estate of Gabriel Taye
and Cornelia Reynolds
The Law Office of Carla Loon Leader, LLC
420 W. Loveland Avenue, Suite 109
Loveland, OH 45140
Telephone: (513) 909-4332
Fax: (513) 206-9994
carla@carlaleader.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2021 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/ Alphonse A. Gerhardstein
Attorney for Plaintiffs

2