UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Karen Meyers as Administratrix of the Estate of Gabriel Taye, et al,** | : | Case No. 1:17-cv-521 |
| | : | |
| | : | Judge: Timothy S. Black |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | **STIPULATION OF DISMISSAL** |
| **Cincinnati Board of Education et al.,** | : | |
| | : | |
| **Defendants.** | : | |

This case has been settled and a Qualified Settlement Fund has been established. Pursuant to Fed R Civ Proc Rule 41(a)(2) and the settlement agreement supervised by the Court in this case, the parties to this lawsuit hereby stipulate to dismiss this case with prejudice. The terms of the settlement agreement are subject to enforcement through the continuing jurisdiction of the United States District Court for the Southern District of Ohio in accordance with *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994).


IT IS SO ORDERED.

_____                                                _____
Date                                                                                                  Timothy S. Black
                                                                                                            United States District Judge

Agreed:


/s/ Aaron M. Herzig                                   /s/Alphonse A. Gerhardstein
Aaron M. Herzig (0079371)                     Alphonse A. Gerhardstein (0032053)
Philip D. Williamson (0097174)              Trial Attorney for Plaintiff Estate of
Spencer S. Cowan (0099556)                  Gabriel Taye and Cornelia Reynolds
Taft Stettinius & Hollister                        M. Caroline Hyatt (0093323)
425 Walnut Street, Suite 180                  Attorneys for Plaintiff Estate of Gabriel
Cincinnati, OH 45202                              Taye and Cornelia Reynolds
Phone: (513) 381-2838                            Friedman Gilbert +Gerhardstein

Fax: (513) 381-0205
aherzig@taftlaw.com
pwilliamson@taftlaw.com
scowan@taftlaw.com

Daniel J. Hoying (0079689)
Cincinnati Public Schools
2651 Burnet Ave.
Cincinnati, OH 45219
Phone: (513) 363-0114
Fax: (513) 363-0115
hoyingd@cpsboe.k12.oh.us

441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
Tel: (513) 621-9100
Fax: (513) 345-5543
al@FGGfirm.com
caroline@FGGfirm.com

Carla L. Leader (0081597)
Attorney for Plaintiff Estate of Gabriel
Taye and Cornelia Reynolds
The Law Office of Carla Loon Leader, LLC
420 W. Loveland Avenue, Suite 109
Loveland, OH 45140
Telephone: (513) 909-4332
Fax: (513) 206-9994
carla@carlaleader.com

Emily Smart Woerner (0089349)
City of Cincinnati City Solicitor
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Phone: (513) 352-3350
Fax: (513) 352-1515
emily.woerner@cincinnati-oh.gov

/s/ John B. Welch
Arnold Todaro Welch & Foliano
580 Lincoln Park Blvd., Suite 222
Dayton, Ohio 45429-3493
Phone: (937) 296-1600
Fax: (937) 296-1644
jwelch@arnoldlaw.net

Michele L. Young (0062011)
Gregory S. Young (0033617)
Christine M. Hammond (0093647)
Christopher D. Byers (0079369)
Attorneys for Plaintiff Estate of Gabriel
Taye and Benyam Taye
Gregory S. Young Co., LPA
600 Vine Street, Suite 402
Cincinnati, OH 45202
Telephone: (513) 721-1077
Fax: (513) 721-1919
myoung@younginjurylaw.com
chammond@younginjurylaw.com
cbyers@youginjurylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice

2

of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

/s/ Alphonse A. Gerhardstein
Attorney for Plaintiffs

4

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **Karen Meyers as Administratrix of the Estate of Gabriel Taye, et al,** | : | Case No. 1:17-cv-521 |
| | : | |
| | : | Judge: Timothy S. Black |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | |
| **Cincinnati Board of Education et al.,** | : | **ACKNOWLEDGEMENT AND** |
| | : | **AGREEMENT TO BE BOUND** |
| **Defendants.** | : | |

The undersigned acknowledges that he/she has read the Protective Order dated _____ in the above-captioned action and attached hereto, understands the terms, and agrees to be bound by its terms. The undersigned submits to the jurisdiction of the United States District Court for the Southern District of Ohio in matters relating to the Protective Order and understands that the terms of the Protective Order obligate him/her to use documents designated CONFIDENTIAL in accordance with the Order solely for the purposes of the above-captioned action, and not to disclose such documents or information derived directly therefrom to any other person, firm, or concern.

The undersigned acknowledges that violation of the Protective Order may result in penalties for contempt of court.

Name: _____

Job Title: _____

Employer: _____

Business Address: _____

                        _____

                        _____

Date: _____   _____
                               Signature