**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Karen Meyers as Administratrix of the Estate of Gabriel Taye, et al,** | : : : | **Case No.  1:17-cv-521** |
| | : | **Judge: Timothy S. Black** |
| Plaintiffs, | : | |
| v. | : : | **JOINT NOTICE OF FILING** |
| **Cincinnati Board of Education et al.,** | : : | **SETTLEMENT AGREEMENT** |
| Defendants. | : | |

The parties jointly inform the court that attached is a copy of the final signed settlement agreement among the parties.

| | |
|---|---|
| /s/ Aaron M. Herzig | /s/Alphonse A. Gerhardstein |
| Aaron M. Herzig (0079371) | Alphonse A. Gerhardstein (0032053) |
| Philip D. Williamson (0097174) | Trial Attorney for Plaintiff Estate of |
| Spencer S. Cowan (0099556) | Gabriel Taye and Cornelia Reynolds |
| Taft Stettinius & Hollister | M. Caroline Hyatt (0093323) |
| 425 Walnut Street, Suite 180 | Attorneys for Plaintiff Estate of Gabriel |
| Cincinnati, OH 45202 | Taye and Cornelia Reynolds |
| Phone: (513) 381-2838 | Friedman Gilbert +Gerhardstein |
| Fax: (513) 381-0205 | 441 Vine Street, Suite 3400 |
| aherzig@taftlaw.com | Cincinnati, Ohio 45202 |
| pwilliamson@taftlaw.com | Tel: (513) 621-9100 |
| scowan@taftlaw.com | Fax: (513) 345-5543 |
| | al@FGGfirm.com |
| | caroline@FGGfirm.com |
| Daniel J. Hoying (0079689) | |
| Cincinnati Public Schools | Carla L. Leader (0081597) |
| 2651 Burnet Ave. | Attorney for Plaintiff Estate of Gabriel |
| Cincinnati, OH 45219 | Taye and Cornelia Reynolds |
| Phone: (513) 363-0114 | The Law Office of Carla Loon Leader, LLC |
| Fax: (513) 363-0115 | 420 W. Loveland Avenue, Suite 109 |
| hoyingd@cpsboe.k12.oh.us | Loveland, OH  45140 |
| | Telephone: (513) 909-4332 |
| | Fax: (513) 206-9994 |
| | carla@carlaleader.com |

| | |
|---|---|
| Emily Smart Woerner (0089349) <br> City of Cincinnati City Solicitor <br> 801 Plum Street, Room 214 <br> Cincinnati, Ohio 45202 <br> Phone: (513) 352-3350 <br> Fax: (513) 352-1515 <br> emily.woerner@cincinnati-oh.gov <br><br>  /s/ John B. Welch <br> Arnold Todaro Welch & Foliano <br> 580 Lincoln Park Blvd., Suite 222 <br> Dayton, Ohio 45429-3493 <br> Phone: (937) 296-1600 <br> Fax: (937) 296-1644 <br> jwelch@arnoldlaw.net | Michele L. Young (0062011) <br> Gregory S. Young (0033617) <br> Christine M. Hammond (0093647) <br> Christopher D. Byers (0079369) <br> Attorneys for Plaintiff Estate of Gabriel Taye and Benyam Taye <br> Gregory S. Young Co., LPA <br> 600 Vine Street, Suite 402 <br> Cincinnati, OH  45202 <br> Telephone: (513) 721-1077 <br> Fax: (513) 721-1919 <br> myoung@younginjurylaw.com <br> chammond@younginjurylaw.com <br> cbyers@youginjurylaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

/s/ Alphonse A. Gerhardstein
Attorney for Plaintiffs