UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Karen Meyers as Administratrix of the Estate of Gabriel Taye, et al, | : | Case No. 1:17-cv-521 |
| | : | |
| | : | Judge: Timothy S. Black |
| Plaintiffs, | : | |
| v. | : | |
| | : | **STIPULATION OF DISMISSAL** |
| Cincinnati Board of Education et al., | : | |
| | : | |
| Defendants. | : | |

This case has been settled and a Qualified Settlement Fund has been established. Pursuant to Fed R Civ Proc Rule 41(a)(2) and the settlement agreement supervised by the Court in this case, the parties to this lawsuit hereby stipulate to dismiss this case with prejudice. The terms of the settlement agreement are subject to enforcement through the continuing jurisdiction of the United States District Court for the Southern District of Ohio in accordance with *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994).

IT IS SO ORDERED.

 6/21/2021  
Date

_____  
Timothy S. Black  
United States District Judge

Agreed:

/s/ Aaron M. Herzig  
Aaron M. Herzig (0079371)  
Philip D. Williamson (0097174)  
Spencer S. Cowan (0099556)  
Taft Stettinius & Hollister  
425 Walnut Street, Suite 180  
Cincinnati, OH 45202  
Phone: (513) 381-2838

/s/Alphonse A. Gerhardstein  
Alphonse A. Gerhardstein (0032053)  
Trial Attorney for Plaintiff Estate of  
Gabriel Taye and Cornelia Reynolds  
M. Caroline Hyatt (0093323)  
Attorneys for Plaintiff Estate of Gabriel  
Taye and Cornelia Reynolds  
Friedman Gilbert +Gerhardstein

| | |
|---|---|
| Fax: (513) 381-0205<br>aherzig@taftlaw.com<br>pwilliamson@taftlaw.com<br>scowan@taftlaw.com<br><br>Daniel J. Hoying (0079689)<br>Cincinnati Public Schools<br>2651 Burnet Ave.<br>Cincinnati, OH 45219<br>Phone: (513) 363-0114<br>Fax: (513) 363-0115<br>hoyingd@cpsboe.k12.oh.us | 441 Vine Street, Suite 3400<br>Cincinnati, Ohio 45202<br>Tel: (513) 621-9100<br>Fax: (513) 345-5543<br>al@FGGfirm.com<br>caroline@FGGfirm.com<br><br>Carla L. Leader (0081597)<br>Attorney for Plaintiff Estate of Gabriel Taye and Cornelia Reynolds<br>The Law Office of Carla Loon Leader, LLC<br>420 W. Loveland Avenue, Suite 109<br>Loveland, OH 45140<br>Telephone: (513) 909-4332<br>Fax: (513) 206-9994<br>carla@carlaleader.com |
| Emily Smart Woerner (0089349)<br>City of Cincinnati City Solicitor<br>801 Plum Street, Room 214<br>Cincinnati, Ohio 45202<br>Phone: (513) 352-3350<br>Fax: (513) 352-1515<br>emily.woerner@cincinnati-oh.gov<br><br>/s/ John B. Welch<br>Arnold Todaro Welch & Foliano<br>580 Lincoln Park Blvd., Suite 222<br>Dayton, Ohio 45429-3493<br>Phone: (937) 296-1600<br>Fax: (937) 296-1644<br>jwelch@arnoldlaw.net | Michele L. Young (0062011)<br>Gregory S. Young (0033617)<br>Christine M. Hammond (0093647)<br>Christopher D. Byers (0079369)<br>Attorneys for Plaintiff Estate of Gabriel Taye and Benyam Taye<br>Gregory S. Young Co., LPA<br>600 Vine Street, Suite 402<br>Cincinnati, OH 45202<br>Telephone: (513) 721-1077<br>Fax: (513) 721-1919<br>myoung@younginjurylaw.com<br>chammond@younginjurylaw.com<br>cbyers@youginjurylaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice

of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

/s/ Alphonse A. Gerhardstein
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Karen Meyers as Administratrix of the Estate of Gabriel Taye, et al, | : | Case No. 1:17-cv-521 |
| | : | |
| | : | Judge: Timothy S. Black |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| Cincinnati Board of Education et al., | : | **ACKNOWLEDGEMENT AND** |
| | : | **AGREEMENT TO BE BOUND** |
| Defendants. | : | |

The undersigned acknowledges that he/she has read the Protective Order dated _____ in the above-captioned action and attached hereto, understands the terms, and agrees to be bound by its terms. The undersigned submits to the jurisdiction of the United States District Court for the Southern District of Ohio in matters relating to the Protective Order and understands that the terms of the Protective Order obligate him/her to use documents designated CONFIDENTIAL in accordance with the Order solely for the purposes of the above-captioned action, and not to disclose such documents or information derived directly therefrom to any other person, firm, or concern.

The undersigned acknowledges that violation of the Protective Order may result in penalties for contempt of court.

Name: _____

Job Title: _____

Employer: _____

Business Address: _____

                               _____

                               _____

Date: _____   _____
                            Signature