# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| KAREN MEYERS, as Administratrix of the Estate of GABRIEL TAYE et al, | Case No. Ohio No. 1:17-cv-521 |
| | JUDGE TIMOTHY S. BLACK |
| Plaintiffs, | |
| vs. | ORDER DISTRIBUTING QUALIFIED SETTLEMENT FUND |
| CINCINNATI BOARD OF EDUCATION, et al., | |
| Defendants. | |

The Court having read the Motion to Distribute Funds from the GABIEL B. TAYE QUALIFIED SETTLEMENT FUND reflecting approval by the Probate Court of Hamilton County, Ohio hereby approves the distributions noted in Exhibits A and B (Docs. 102-1 and 102-2) as well as any Probate Court Cost and orders said distribution made in a timely manner.

IT IS SO ORDERED.

_11/16/21_
Date

_Timothy S. Black_
Timothy S. Black
United States District Judge